PROSKAUER ROSE, LLP
Katharine H. Parker
Eleven Times Square
New York, NY 10036-8299

MAYNARD, COOPER & GALE, P.C
Carole G. Miller, Esq.
Janell M. Ahnert, Esq.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama  35203

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **NANCY MARTIGNAGO, RHONDA DEENEY, AMY FERGUSON, CINDY SELLERS, on behalf of themselves and all others similarly situated,** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **Case No. 11 CIV 03923 PGG** |
| | : | |
| **MERRILL LYNCH & CO. INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and BANK OF AMERICA CORPORATION,** | : | **ECF CASE** |
| | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

---

JANELL M. AHNERT, ESQ., pursuant to 28 U.S.C. § 1746, declares that:

1.       I am attorney admitted *pro hac vice* to practice before this Court and am a member of Maynard, Cooper & Gale, P.C., attorneys for Defendants in the above-captioned action.   I am fully familiar with the facts and circumstances in this action and submit this declaration in support of Defendants' Motion to Transfer Venue.

1

2.      Attached hereto is a true and correct copy of Plaintiff Nancy Martignago's Pay

Stub Detail for December 31, 2009, which has been redacted of all personal identifiers.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:   September 8, 2011
               Birmingham, Alabama


_____
JANELL M. AHNERT, ESQ.



**Bank of America**

ML PIERCE,FENNER & SMITH,INC
1-866-654-7411

**Pay Stub Detail for NANCY M MARTIGNAGO**

Check Date / No.   12/31/2009 - ▓▓▓▓

| Employee Information | Net Pay Distribution | | | Tax Profile | |
|---|---|---|---|---|---|
| NANCY M MARTIGNAGO | **Destination** | Account | Current | Fed Marital Status | ▓▓ |
| | BANK OF AMERICA, N.A | ▓▓▓ | ▓▓ | Fed Exemptions | ▓▓ |
| Empl ID No.  ▓▓▓ | | | | Work State | TX |
| SSN  ▓▓▓ | **Total Distribution** | | ▓▓▓ | State Marital Status | ▓▓ |
| Cost Center  ▓▓ | | | | State Exemptions | |

| Earnings | Hours | Current | YTD | Taxes | | Current | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR SALARY | | | | FICA/OASDI | | | ▓▓ |
| OVERTIME @ 1.5 | | | ▓▓ | MEDICARE | | | ▓▓ |
| SPECIAL PAYMENT | | | ▓▓ | FEDERAL TAX | | | ▓▓▓ |
| STRAIGHT OVERTIME | | | ▓▓ | **Total Taxes** | | | ▓▓ |
| CA SUPPL COMP - A | | | ▓▓ | | | | |
| CA SUPPL COMP - D | | | ▓▓ | **Deductions** | | Current | YTD |
| SUPPLEMENTAL COMP OT | | | ▓▓ | 401(K) LOAN C | | | ▓▓ |
| BAC CHECKING REFER COMP | | | ▓▓ | ESPP $ | | | ▓▓ |
| **Total Cash Earnings** | | | ▓▓ | CONTRIB INS | | | ▓▓ |
| | | | | SUPP LTD | | | |
| **Pre-Tax Deductions** | | Current | YTD | **Total Deductions** | | | ▓▓ |
| CSP-PARKING | | | | | | | |
| FSA MEDICAL | | | ▓▓ | **Non-Tax Earnings** | | Current | YTD |
| VISION PREMIUM | | | ▓▓ | TRANSITION LOAN | | ▓▓ | ▓▓ |
| HEALTH PREMIUM | | | ▓▓ | T & E REIMBURSEMENT | | | ▓▓ |
| DENTAL PREMIUM | | | ▓▓ | **Total Non-Tax Earnings** | | ▓▓▓ | ▓▓ |
| 401 (K) | | | ▓▓ | | | | |
| **Total Pre-Tax Deductions** | | | ▓▓ | | | | |

| Non-Cash Earnings | Current | YTD |
|---|---|---|
| EXCESS GROUP TERM LIFE | | ▓▓ |
| PART ESPP TAXABLE | | ▓▓ |
| **Total Non-Cash Earnings** | | ▓▓ |

**Total Taxable**   ▓▓

CHECK TOUR      FAQS      LOGOFF