## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

NANCY MARTIGNAGO, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BANK OF AMERICA CORPORATION,

    Defendants.

[PROPOSED] ORDER

Case No. 11-cv-03923-PGG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/12

PAUL G. GARDEPHE, U.S.D.J.:

    The parties have informed the Court that they have reached an agreement in principle, subject to the Court's approval, to settle Plaintiffs' proposed Fair Labor Standards Act collective action and the four Fed.R.Civ.P. 23 proposed class action claims pled in Plaintiffs' Second Amended Complaint. Based on the representations of the parties, it is hereby ORDERED:

    The parties shall submit a Motion for Preliminary Approval of the proposed settlement on or before November 9, 2012.

Dated: New York, New York
       October 3, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge