UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY MARTIGNAGO, on behalf of
herself and all others similarly situated,

Plaintiff

vs.

MERRILL LYNCH & CO. INC.,
MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,
and BANK OF AMERICA
CORPORATION.

Defendants.

**PROPOSED ORDER**

Case No. 11-CIV-03923-PGG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/12

---

**PAUL G. GARDEPHE, U.S.D.J.:**

Upon joint request by the parties, the Court extends the deadline for the parties to submit a Motion for Preliminary Approval of the proposed settlement in this matter until November 23, 2012.

Dated: New York, New York
November 6, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge