UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/12
```

---

NANCY MARTIGNAGO, on behalf of
herself and all others similarly situated,

Plaintiff

vs.

MERRILL LYNCH & CO. INC.,
MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,
and BANK OF AMERICA
CORPORATION,

Defendants.

---

~~PROPOSED~~ ORDER

Case No. 11 CIV 03923 PGG

PAUL G. GARDEPHE, U.S.D.J.:

Upon joint request by the parties, the Court extends the deadline for the parties to submit a Motion for Preliminary Approval of the proposed settlement in this matter until December 21, 2012.

Dated: New York, New York
       November 28, 2012

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge