UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/12
```

NANCY MARTIGNAGO, on behalf of
herself and all others similarly situated,

Plaintiff

vs.

MERRILL LYNCH & CO. INC.,
MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,
and BANK OF AMERICA
CORPORATION,

Defendants.

~~PROPOSED~~ ORDER

Case No. 11 CIV 03923 PGG

PAUL G. GARDEPHE, U.S.D.J.:

Upon joint request by the parties, the Court extends the deadline for the parties to submit a Motion for Preliminary Approval of the proposed settlement in this matter until February 15, 2013. *No further extensions will be granted absent an in-court conference in which counsel explain the reason for delay.*

Dated: New York, New York
~~November~~ December 19, 2012

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge