```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/13
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY MARTIGNAGO, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | ~~PROPOSED~~ **ORDER** |
| v. ) ) | Case No. 11-cv-03923-PGG |
| MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BANK OF AMERICA CORPORATION, ) ) ) ) ) | **Judge Paul G. Gardephe** |
| Defendants. | |

**PAUL G. GARDEPHE, U.S.D.J.:**

Upon joint request of the parties, the Court grants them leave to file a 36 page Memorandum of Law in Support of their Motion for Preliminary Approval.

It is so ORDERED this 13th day of February, 2013.

_____
**Honorable Paul G. Gardephe**
**United States District Judge**

1