UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY MARTIGNAGO, on behalf of
herself and all others similarly situated,

Plaintiff

vs.

MERRILL LYNCH & CO. INC.,
MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,
and BANK OF AMERICA
CORPORATION,

Defendants.

~~PROPOSED~~ ORDER

Case No. 11 CIV 03923 PGG

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/13
```

PAUL G. GARDEPHE, U.S.D.J.:

Upon the request by the parties for the Court to determine the scope of Class Member contact information to be provided by Defendant to Class Counsel, it is hereby Ordered within thirty (30) days of the Court's issuance of a Preliminary Approval Order, Defendants will provide the Settlement Claims Administrator and Class Counsel, in electronic form, the following information for all Class Members: name; last known addresses; dates of employment; locations of employment, with dates; and workweeks within the applicable liability periods set forth in paragraphs 3, 12, 14, 16 and 24 of the Parties' Settlement Agreement. This information is confidential and subject to the Consent Protective Order entered by the Court in this matter.

Dated: New York, New York

~~March ____, 2013~~
April 12, 2013

SO ORDERED.

_Paul Gardephe_
Paul G. Gardephe
United States District Judge