**STOWELL & FRIEDMAN, LTD.**
Jennifer Schoen Gilbert
303 W. Madison St, Suite 2600
Chicago, IL 60606
Telephone: 312-431-0888
Jgilbert@sfltd.com

**WERMAN LAW OFFICE, P.C.**
Douglas M. Werman
77 W. Washington, Suite 1402
Chicago, IL. 60602
Telephone: 312-419-1008
dwerman@flsalaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY MARTIGNAGO, AMY FERGUSON, CINDY SELLERS, CATERINA DERKASCH, JUNE PARMAN-FLAX and ROBIN GRANDUSKY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) Case No. 11-cv-03923-PGG ) ) **Judge Paul G. Gardephe** |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BANK OF AMERICA CORPORATION, | ) ) ) ) ) ) |
| Defendants. | |

## NOTICE OF MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF THE FLSA SETTLEMENT AND SERVICE AWARDS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of FLSA Settlement and Service Awards ("Plaintiffs' Motion for Final Approval"), and in the Declarations of Douglas M. Werman and Jennifer Schoen Gilbert in Support of Plaintiffs' Motion for Final Approval, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)Certifying the following Settlement Classes under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the Settlement:

a.   California Sub-Class:  The California Sub-Class consists of all persons who were employed by Defendants as CAs at any time from February 1, 2008 through and including December 31, 2012 ("California Rule 23 Class");

b.   Maryland Sub-Class:  The Maryland Sub-Class consists of all persons who were employed by Defendants as CAs at any time from February 1, 2009 through and including December 31, 2012 ("Maryland Rule 23 Class");

c.   New York Sub-Class:  The New York Sub-Class consists of all persons who were employed by Defendants as CAs at any time from February 1, 2006 through and including December 31, 2012 ("New York Rule 23 Class"); and

d.   Washington Sub-Class:  The Washington Sub-Class consists of all persons who were employed by Defendants as CAs at any time from February 1, 2009 through and including December 31, 2012 ("Washington Rule 23 Class").

(2)   Granting final approval of the Parties' Settlement Agreement, appended as Attachment 1 to the Declaration of Douglas M. Werman, attached as Exhibit A to Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of FLSA Settlement and Service Awards;

(3)   Granting final approval of the FLSA Settlement; and

(4)   Granting Service Awards to the Class Representatives and Consent Plaintiffs; and

(5)   Granting any other relief that the Court deems just and proper.

\*        \*        \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached as Exhibit D to Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Certification of

the Settlement Class, Final Approval of the Class Action Settlement, Approval of

FLSA Settlement and Service Awards.


 Dated:  September 26, 2013                    Respectfully submitted,


                                       By:   s/ Jennifer Schoen Gilbert

                                       Jennifer S. Gilbert,
                                       New York Bar No. 4971677
                                       **STOWELL & FRIEDMAN, LTD.**
                                       303 W. Madison, Suite 2600
                                       Chicago, Illinois  60606
                                       312-431-0888 (phone); 312-431-0228 (fax)
                                       JGilbert@sfltd.com


                                       Douglas M. Werman
                                       **WERMAN LAW OFFICE, P.C.**
                                       77 West Washington, Suite 1402
                                       Chicago, IL 60602
                                       312-419-1008 (phone)
                                       312-419-1025 (fax)
                                       DWerman@flsalaw.com
                                       (*pro hac vice*)

                                       **Attorneys for Plaintiffs and the Putative Rule 23
                                       Class Members and Collective Action Class
                                       Members**