| | |
|---|---|
| **STOWELL & FRIEDMAN, LTD.** | **WERMAN LAW OFFICE, P.C.** |
| Jennifer Schoen Gilbert | Douglas M. Werman |
| 303 W. Madison St, Suite 2600 | 77 W. Washington, Suite 1402 |
| Chicago, IL 60606 | Chicago, IL. 60602 |
| Telephone: 312-431-0888 | Telephone: 312-419-1008 |
| Jgilbert@sfltd.com | dwerman@flsalaw.com |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NANCY MARTIGNAGO, AMY FERGUSON, CINDY SELLERS, CATERINA DERKASCH, JUNE PARMAN-FLAX and ROBIN GRANDUSKY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 11-cv-03923-PGG<br><br>**Judge Paul G. Gardephe** |

### PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Class Counsel's Request for Award of Fees and Expenses, and in the Declarations of Douglas M. Werman and Jennifer Schoen Gilbert in Support of Class Counsel's Request for Award of Fees and Expenses, Plaintiffs respectfully request that the Court enter an Order:

1

    (1)    awarding Class Counsel attorneys' fees of 25% of the Settlement Fund ($3,000,000); and

    (2)    granting such other, further, or different relief as the Court deems just and proper.

Dated: September 26, 2013

Respectfully submitted,

By: s/ Jennifer Schoen Gilbert

Jennifer S. Gilbert,
New York Bar No. 4971677
**STOWELL & FRIEDMAN, LTD.**
303 W. Madison, Suite 2600
Chicago, Illinois 60606
312-431-0888 (phone); 312-431-0228 (fax)
JGilbert@sfltd.com

Douglas M. Werman
**WERMAN LAW OFFICE, P.C.**
77 West Washington, Suite 1402
Chicago, IL 60602
312-419-1008 (phone)
312-419-1025 (fax)
DWerman@flsalaw.com
(*pro hac vice*)

**Attorneys for Plaintiffs and the Putative Rule 23 Class Members and Collective Action Class Members**