USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY MARTIGNAGO, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BANK OF AMERICA CORPORATION,<br><br>      Defendants. | **PROPOSED ORDER**<br><br>Case No. 11-cv-03923-PGG<br><br>Judge Paul G. Gardephe |

**PAUL G. GARDEPHE, U.S.D.J.:**

Upon joint request of the parties, the Court grants them leave to file a Memorandum of Law in Support of their Motion for Final Approval not to exceed 35 pages.

It is so ORDERED this **27** day of **September** 2013.

*/s/ Paul G. Gardephe*

_____
**Honorable Paul G. Gardephe
United States District Judge**